ERIC GRANT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
4500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JADE NICOLE KNOX,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

CASE NO. 2:26-cv-01735-JAM-CKD

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT AND FILE JOINT STATUS REPORT**

Pursuant to Local Rule 144, Plaintiff Jade Nicole Knox ("Plaintiff") and Defendant United States of America ("Defendant"), through their undersigned respective counsel of record, stipulate and agree to extend the time for the Defendant to answer or otherwise respond to the Complaint by twenty-eight (28) days to August 28, 2026. Plaintiff and Defendant further stipulate and agree to extend the date to file the Joint Status Report to September 18, 2026, so that the parties can address the response by the Defendant and meaningfully discuss the contents required for the Joint Status Report.

Good cause exists for this joint stipulation to conserve time and resources of the parties and the court in meaningfully addressing the issues raised in the lawsuit.

///

Dated: July 13, 2026

ERIC GRANT
United States Attorney

By: /s/ *Alyson A. Berg*
ALYSON A. BERG
Assistant United States Attorney

Counsel for Defendant

Dated: July 10, 2026

MAISON LAW

/s/ *Martin Gasparian*
MARTIN GASPARIAN

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JADE NICOLE KNOX,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

CASE NO. 2:26-cv-01735-JAM-CKD

**ORDER FOR STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT AND FILE JOINT STATUS REPORT**

This Court has considered the parties' joint stipulation to extend the time for filing a response to the Complaint by twenty-eight (28) days to August 28, 2026, and that the parties shall file the Joint Status Report on or before September 18, 2026.

Based on the facts set forth in the Joint Stipulation, the Court finds that good cause exists, therefore:

IT IS SO ORDERED that Defendant's responsive pleading to Plaintiff's Complaint shall be due on **August 28, 2026**.

IT IS SO FURTHER ORDERED that the parties Joint Status Report shall be filed on or before **September 18, 2026**.

Dated: July 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE